UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONICA JUNEAU** | **CIVIL ACTION** |
| **VERSUS** | |
| **SOUTHEAST AUTO SALES LLC** | **NO. 25-00109-BAJ-RLB** |

### RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 16, the "Report")** recommending that the Court dismiss Plaintiff's Complaint without prejudice for failure to comply with Court Orders under Local Civil Rule 41(b). (Doc. 16 at 3). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Orders under Local Civil Rule 41(b).

Baton Rouge, Louisiana, this 5th day of March, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**